UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

FILED
2003 DEC -5 P 12: 05

```
*******************************
JANE DOE, JR., ppa Jane Doe, Sr.      *
                                      *
   VS.                                *    3:03 CV 571 (SRU)
                                      *
PHILIP GIORDANO, ET AL.               *    DECEMBER 4th, 2003
*******************************
```

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO REPLY TO THE DEFENDANT WATERBURY'S MOTION TO DISMISS

The plaintiffs herein entreat this Court to grant them an extension of time of thirty (30) days subsequent to this Court's ruling upon the State of Connecticut's Motion to Intervene, within which to reply to Waterbury's Motion to Dismiss. Given the fact that this Court, on December 22, 2003, might very well grant Connecticut's motion to intervene; it appears to the undersigned that it is premature for plaintiffs' legal team to take on the responsibility of responding before they know whether or not they will continue in that stead.

RESPECTFULLY SUBMITTED,

JANE DOE, SR. PPA JANE DOE, JR.
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

**COUNSEL FOR THE PLAINTIFF**

1

## CERTIFICATION

On December 9th, 2003 a copy of the foregoing was sent to:

Atty. Susan T. Pearlman
Office of the Attorney General
110 Sherman Street
Hartford, Conn. 06105

Atty. Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Atty. Michael S. Hillis
Dobroski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, Conn. 06511

Atty. Michael W. Mackniak
87 Meadow Street
Naugatuck, Conn. 06770

Atty. Andrew B. Bowman
1804 Post Road East
Westport, Conn. 06880-5683

Atty. Elliot B. Spector
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, Conn. 06119-1544

ATTY. ERSKINE D. McINTOSH

19 Motion-Ext. Time Reply-Dismiss