UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

FILED
2003 DEC -5 P 12: 05

*******************************************
JANE DOE, JR., ppa Jane Doe, Sr.          *
                                          *
VS.                                       *   3:03 CV 571 (SRU)
                                          *
PHILIP GIORDANO, ET AL.                   *   DECEMBER ____, 2003
*******************************************

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO REPLY TO THE DEFENDANT WATERBURY'S MOTION TO DISMISS

The plaintiffs herein entreat this Court to grant them an extension of time of thirty (30) days subsequent to this Court's ruling upon the State of Connecticut's Motion to Intervene, within which to reply to Waterbury's Motion to Dismiss. Given the fact that this Court, on December 22, 2003, might very well grant Connecticut's motion to intervene; it appears to the undersigned that it is premature for plaintiffs' legal team to take on the responsibility of responding before they know whether or not they will continue in that stead.

RESPECTFULLY SUBMITTED,

JANE DOE, SR. PPA JANE DOE, JR.
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

**COUNSEL FOR THE PLAINTIFF**

1