| | |
|---|---|
| TOTAL TIME: ~~hours~~ ~~minutes~~ | HONORABLE **Stefan Underhill** |
| DEPUTY CLERK **Montz** | RPTR/ERO/TAPE **Cortucci** |

DATE **12-22-03**   START TIME **See 0cv2293**   END TIME _____
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Doe, et al**
vs.
**Waterbury, et al**

CIVIL NO. **3:03cv571 (SRU)**

Plaintiffs Counsel: **Hillis, Hannon, McIntosh, Mackniak, Perelman**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **Elliot Spector**

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #12 Motion **to Intervene** — ☐ granted ☐ denied ☑ advisement
☑ #12 Motion **to Substitute Party** — ☐ granted ☐ denied ☑ advisement

☑ **State's** Brief(s) due **1-12-04**   ~~Proposed Findings~~ **Deft's Response** due **1-26-04**   Response due _____

Hearing continued until _____ at _____