UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | |
|---|---|
| JANE DOE, JR.<br>ppa JANE DOE, SR., | :<br>: Case No. 3:03 CV 571 (SRU)<br>: 3:01 CV 2298 (SRU) |
| V. | : |
| CITY OF WATERBURY, ET AL | : January 22, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The plaintiff herein, by and through the undersigned, moves that the deadline for her to file her memorandum in rebuttal to that of the proposed intervener be extended four business days until Monday, February 2, 2004. The proposed intervener was supposed to have filed its memorandum on or before Monday, January 12, 2004. However, co-counsel, Atty. Gerald L. Harmon, did not receive his copy of the proposed intervener's January 16, 2004 memorandum until Saturday, January 17, 2004. Further, the undersigned has yet to receive his copy from the proposed intervener as of this writing. The plaintiff's deadline for rebuttal memorandum was to be Monday, January 26th, 2004. Additional time is needed to compensate for the proposed intervener not meeting its deadline.

The undersigned has notified all of the offices of the counsel of record of this motion but as of this time, the undersigned has not heard from other counsel with respect to their opinions. This is the plaintiff's first such request with respect to this memorandum.

MOTION GRANTED.
SO ORDERED. 1/28/04

FILED 2004 JAN 29 A 10:18 US DISTRICT BRIDGEPORT

JAN 22  4 41 PM '04
U.S. DISTRICT COURT
BRIDGEPORT
CLERK