UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -2  P 12: 25

US DISTRICT
BRIDGEPORT

| | |
|---|---|
| Jane Doe, Jr. PPA Jane Doe Sr., et al. : <br> Jane Doe, Sr. Plaintiff | |
| : | CIVIL NO:3:03 CV 571 (SRU) |
| City of Waterbury et al. <br> Defendants : | |
| : | January 28, 2004 |

### RESPONSE AND OBJECTION TO POST-HEARING MEMORANDUM OF PROPOSED INTERVENOR, DARLENE DUNBAR COMMISSIONER OF CHILD AND FAMILIES DATED JANUARY 16, 2004

The proposed intervenors were directed by this Court on December 22, 2003 to submit a supplemental memorandum indicating the qualifications of the attorneys for the Commissioner of Children and Families, (hereinafter referred to as DCF) and to address any potential conflict of interests issue between the plaintiff mothers and the existing private counsel prosecuting the claims in the above referenced matter. The proposed intervenor has failed in all respects to follow that Court direction.

Therefore, the memorandum by the proposed intervenor was unresponsive to the Court's request and the relief requested by DCF should be denied in its entirety for this and the following reasons:

1. DCF has failed to appropriately respond to the two issues the Court directed it to brief on December 22, 2003.

2. While DCF is correct that it will not reduce the plaintiff's recovery by any fees or costs, we question the incentive by DCF to achieve the maximum

- 1 -

compensation for the minor child beyond recouping the State lien that it will place on this litigation.

3. DCF has neglected to properly protect the interests of the minor child in this action and has taken no steps to date to indicate that the child would be better served by DCF representation.

4. The Court has the broad discretionary powers to appoint a guardian ad litem for the protection of the minor child as it has already seen fit to do so by the previous appointment of Attorney Lynn Jenkins in this matter. Atty. Jenkins is highly qualified to protect and oversee the interests of the minor child.

5. Given the current number of cases against DCF for inability to protect and properly care for and oversee the children under its current administration we feel it would be an overwhelming task for DCF to take on this litigation and properly protect this child's interest in vindicating her civil interests.

Due to the foregoing and additional reasons as detailed in the attached memorandum of law, we respectfully request that the motion by the Proposed Intervener be denied in its entirety and that the Court re-appoint Atty. Jenkins as the Guardian Ad Litem of the minor child.

Respectfully submitted,

Attorney Gerald L. Harmon

By: _____
Gerald L. Harmon (ct 13523)
290 Pratt Street
Meriden, CT 06450
(203) 639-1956

## CERTIFICATION

I hereby certify that copies of the foregoing plaintiff's response to post hearing memorandum of proposed intervenor were mailed to the following parties of record on January 28, 2004 as follows:

Elliot B. Spector, Esq.
Sack, Spector and Karsten
836 Farmington Avenue
West Hartford, CT 06119

Susan T. Pearlman Esq.
110 Sherman Street
Hartford, CT 06105

District Court Clerk's Office
915 Lafayette Blvd
Bridgeport, CT 06604

Judge Stefan R. Underhill
Chambers
915 Lafayette Blvd
Bridgeport, CT 06604

Attorney Michael S. Hillis
Dobrowski, Knapsack and Hillis, LLC
205 Whitney Avenue
New Haven, Ct 06511

Attorney Andrew Bowman
1804 Post Road East
Westport, CT 06880

Attorney Erskine D. McIntosh
The Law Offices of Erskine D. McIntosh
3129 Whitney Avenue 2nd Floor
Hamden, Ct 06518

Attorney Michael W. Mackniak
87 Meadow Street
Naugatuck, 06770

Gerald L. Harmon, Esq.