UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

**FILED**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUSAN DOE, JR., ppa Susan Doe, Sr.    \*

VS.    \*   3:03 CV 571 (SRU)

PHILIP GIORDANO, ET AL.    \*   APRIL 29, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2004 MAY -3  P 2: 05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION TO SUBSTITUTE A PARTY

Comes now the plaintiff herein, who, consistent with this Court's order of March 31, 2004 (doc 63) reappointing Atty. Lynn Jenkins as the guardian ad litem for Miss Susan Doe, Jr., this Court's order of October 1, 2003 (doc 18) appointing Atty. Jenkins s the guardian, the plaintiff's motion for appointment of guardian ad litem filed on August 25, 2003 and pursuant to Rules 17(c) and 25 (b & c) FRCP, the plaintiff moves that this Court substitute Atty. Lynn Jenkins, the guardian ad litem for Susan Doe, Jr., as next friend and ppa for Miss Susan Doe, Jr. for the continued prosecution of this action.

RESPECTFULLY SUBMITTED,

SUSAN DOE, SR. PPA SUSAN DOE, JR.
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

**COUNSEL FOR THE PLAINTIFF**

## CERTIFICATION

On April 29th, 2004 a copy of the foregoing was sent to:

Atty. Lynn Jenkins
P.O. Box 59
New Haven, CT 06501

Atty. Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Atty. Michael S. Hillis
Dobroski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, Conn. 06511

Atty. Michael W. Mackniak
87 Meadow Street
Naugatuck, Conn. 06770

Atty. Andrew B. Bowman
1804 Post Road East
Westport, Conn. 06880-5683

Atty. Elliot B. Spector
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, Conn. 06119-1544

The Honorable Stefan R. Underhill, USDJ
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

ATTY. ERSKINE D. McINTOSH

19 Motion-SUBSTITUTE A PARTY