03CV571MSUB

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

FILED
2004 MAY -3 P 2: 05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

****************************************

SUSAN DOE, JR., ppa Susan Doe, Sr.    *
                                      *
VS.                                   *    3:03 CV 571 (SRU)
                                      *
PHILIP GIORDANO, ET AL.               *    APRIL 29, 2004
****************************************

## MOTION TO SUBSTITUTE A PARTY

Comes now the plaintiff herein, who, consistent with this Court's order of March 31, 2004 (doc 63) reappointing Atty. Lynn Jenkins as the guardian ad litem for Miss Susan Doe, Jr., this Court's order of October 1, 2003 (doc 18) appointing Atty. Jenkins s the guardian, the plaintiff's motion for appointment of guardian ad litem filed on August 25, 2003 and pursuant to Rules 17(c) and 25 (b & c) FRCP, the plaintiff moves that this Court substitute Atty. Lynn Jenkins, the guardian ad litem for Susan Doe, Jr., as next friend and ppa for Miss Susan Doe, Jr. for the continued prosecution of this action.

RESPECTFULLY SUBMITTED,

SUSAN DOE, SR. PPA SUSAN DOE, JR.
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

COUNSEL FOR THE PLAINTIFF

MOTION GRANTED.
SO ORDERED.

FILED
2004 MAY 6 A 11: 15
U.S. DISTRICT COURT
BRIDGEPORT, CONN