**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
BRIDGEPORT

FILED
2004 MAY 10 P 1:09
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| SUSAN ROE, JR., ppa SUSAN ROE, SR. | **APPEARANCE** |
| V. | |
| PHILIP GIORDANO, ET. AL. | **CASE NUMBER:** 3:03 CV571 (SRU) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Susan Roe, Jr. per Ruling of March 31, 2004 (Underhill, J.)

| | |
|---|---|
| May 6, 2004 | *[signature]* |
| Date | Signature |
| 00303 | Lynn Jenkins |
| Federal Bar Number | Print Clearly or Type Name |
| (203) | Post Office Box 59 |
| Telephone Number | Address |
| | New Haven, CT 06501-0059 |

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this date to the following:

\* See Attachment

*[signature]*
Signature
Lynn Jenkins, Esq.

**CERTIFICATION OF SERVICE**: This is to certify that a copy of the foregoing was mailed, by U.S. regular mail with postage prepaid, to the parties listed below, on this the 6th day of May, 2004.

Attorney Susan T. Pearlman
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

Attorney Gerald L. Harmon
290 Pratt Street
Meriden, CT 06450

Attorney Michael S. Hillis
Dobroski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, CT 06511

Attorney Michael W. Mackniak
87 Meadow Street
Naugatuck, CT 06770

Attorney Andrew B. Bowman
1804 Post Road East
Westport, CT 06880-5683

Attorney Elliot B. Spector
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

The Honorable Stefan R. Underhill, USDJ
United States District Court
District of Connecticut at Bridgeport
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
LYNN JENKINS, ESQ.