UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAY 26  A 11: 36

U.S. DISTRICT COURT
BRIDGEPORT, CONN

JANE DOE, JR.
    ppa JANE DOE, SR.
JANE DOE SR., individually
    Plaintiff

CIVIL NO:3:03CV00571 (SRU)

CITY OF WATERBURY,
PHILIP GIORDANO
    In his capacity as MAYOR,
    CITY OF WATERBURY
PHILIP GIORDANO, individually
PHILIP GIORDANO
    Principal in the Law Offices
    Of PHILIP GIORDANO
    Defendants.

May 25, 2004

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT CITY OF WATERBURY'S MOTION TO DISMISS DATED APRIL 25, 2003**

The Plaintiff respectfully requests this Court to enlarge the time for responding to defendant's City of Waterbury's Motion to dismiss for an additional 60 days to and including July 15, 2004.

The City of Waterbury's Motion to Dismiss was filed with the District Court on April 25, 2003. The current due date of the Plaintiff's reply memorandum of law is May 31, 2004. The date was initially extended to 30 days beyond the Court's ruling on the Motion to Intervene which was received on April 29, 2004. The plaintiff

moves for a thirty (30) day of extension of time to file its objection and reply memorandum of law to and including June 30, 2004. Plaintiff's counsel was recently appointed to two large multi defendant drug cases in Bridgeport and New Haven and also has a criminal trial in State Court scheduled for June 2, 2004 and requires the additional time to properly research and respond to defendant's motion. Plaintiff has contacted the defense in this matter and they have no objection to this request. This is plaintiff's second request for extension of time on this matter.

THE PLAINTIFF

BY: _____
Attorney Gerald Harmon
Federal Bar #13523
290 Pratt Street
Meriden, CT 06450
(203) 639-1956

## CERTIFICATION

I hereby certify that copies of the foregoing has been mailed, postage prepaid, this 25th day of May 2004, to the following counsel of record.

Sack, Spector and Karsten, LLP
Attorney Elliot Spector
836 Farmington Avenue
West Hartford, CT 06119

Michael Mackniak Esquire
869 Whalley Avenue
New Haven, CT 06515

Atty Lynn Jenkins
P.O. Box 59
New Haven, CT 06501

Atty. Michael S. Hillis
Dobriski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, Conn. 06511

Atty. Andrew B. Bowen
1804 Post Road East
Westport, Conn. 06880-5683

Atty. Elliot B. Spector
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119

The Honorable Stefan R. Underhill, USDJ
U.S. District Court
915 Lafayette Blvd
Bridgeport, CT 06604

Atty Erskine D. McIntosh
Federal Bar No. CT 09743
The Law Offices of Erskine D. McIntosh, P.C.
3129 Whitney Avenue 2nd Floor
Hamden, CT 06518-2364

_____
Gerald L. Harmon