UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

**FILED**

2004 JUL -9  A 11: 22

U.S. DISTRICT COURT
BRIDGEPORT, CONN

*******************************

JANE DOE, JR., ppa Jane Doe, Sr.     *
                                      *
VS.                                   *     3:03 CV 571 (SRU)
                                      *
PHILIP GIORDANO, ET AL.               *     JULY 7th, 2004
*******************************

### MOTION TO CONTINUE ARGUMENT TIME AND/OR DATE

Comes now the plaintiff herein, who requests that oral argument of this matter be continued to Thursday August 19th, 2004 as the undersigned has a criminal hearing scheduled in Hartford Superior Court in the morning of Wednesday, August 18, 2004 and a Probate trial in the afternoon, in New Haven. The undersigned has notified all counsel of record of this requests pursuant to court order.

RESPECTFULLY SUBMITTED,

JANE DOE, SR. PPA JANE DOE, JR.
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

**COUNSEL FOR THE PLAINTIFF**

## CERTIFICATION

On July ___, 2004 a copy of the foregoing was sent to:

Atty. Susan T. Pearlman
Office of the Attorney General
110 Sherman Street
Hartford, Conn. 06105

Atty. Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Atty. Michael S. Hillis
Dobroski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, Conn. 06511

Atty. Michael W. Mackniak
87 Meadow Street
Naugatuck, Conn. 06770

Atty. Andrew B. Bowman
1804 Post Road East
Westport, Conn. 06880-5683

Atty. Elliot B. Spector
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, Conn. 06119-1544

_____
ATTY. ERSKINE D. McINTOSH

19 Motion-Continuance