UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

FILED
2004 JUL 15 A 11: 55
U.S. DISTRICT COURT
BRIDGEPORT, CONN

*******************************************

SUSAN DOE, JR., ppa Susan Doe, Sr.   *
                                      *
VS.                                   *   3:03 CV 571 (SRU)
                                      *
PHILIP GIORDANO, ET AL.               *   JULY 13, 2004
*******************************************

### MOTION FOR ORDER OF NEW CAPTION

Comes now the plaintiff herein, who requests that this Court change the caption of this case from SUSAN DOE, JR., ppa Susan Doe, Sr. **to SUSAN DOE, JR., next friend & ppa Atty. Lynn Jenkins, Guardian Ad Litem**. This motion, if granted, would make the case caption consistent with the Court's [doc. 33], granting the plaintiff's motion to substitute a party [doc. 32] and further eliminate confusion in the handling of this consolidated matter.

RESPECTFULLY SUBMITTED,

SUSAN DOE, SR. PPA SUSAN DOE, JR.
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

**COUNSEL FOR THE PLAINTIFF**

1

**CERTIFICATION**

On July 13th, 2004 a copy of the foregoing was sent to:

Atty. Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Atty. Lynn Jenkins
P.O. Box 59
New Haven, Conn. 06501-0059

Atty. Michael S. Hillis
Dobroski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, Conn. 06511

Atty. Michael W. Mackniak
87 Meadow Street
Naugatuck, Conn. 06770

Atty. Andrew B. Bowman
1804 Post Road East
Westport, Conn. 06880-5683

Atty. Elliot B. Spector
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, Conn. 06119-1544

_____
ATTY. ERSKINE D. McINTOSH

2