UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

FILED

*********************************************
SUSAN ROE, JR., ppa ATTY. LYNN JENKINS, *    2005 AUG -3  P 1: 03
    GUARDIAN AD LITEM                          *
                                               *    U.S. DISTRICT COURT
    V.                                         *    3:03 CV 571 (SRU)
                                               *
PHILIP GIORDANO & THE CITY OF              *    AUGUST ___, 2005
WATERBURY                                  *
*********************************************

## MOTION TO FILE AMENDED COMPLAINT

Comes now the plaintiff, by and through her counsel, who pursuant to Rule 15 (a & c) FRCP moves to amend the plaintiff's complaint. Appended to this motion is the proposed amended complaint.

        RESPECTFULLY SUBMITTED,

        ATTY. LYNN JENKINS, GUARDIAN AD LITEM for SUSAN ROE, Jr.

By: _____
        ATTY. ERSKINE D. McINTOSH
        FEDERAL BAR NO. CT 09743
        THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
        3129 WHITNEY AVENUE, SECOND FLOOR
        HAMDEN, CONN. 06518-2364
        (203) 787-9994

By: _____
        GERALD L. HARMON, ESQUIRE
        FEDERAL BAR NO. CT 13523
        THE LAW OFFICES OF GERALD L. HARMON
        290 PRATT STREET
        MERIDEN, CONN. 06450
        (203) 639-1956

1

## CERTIFICATION

I hereby certify that copies of the foregoing Amended Complaint were mailed to the following on August ___/___, 2005 as follows:

Elliot B. Spector, Esquire
Sack, Spector and Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

Michael Mackniak, Esquire
87 Meadow Street
Naugatuck, CT 06770

Michael S. Hillis, Esquire
Dobriski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06511

Andrew B. Bowen, Esquire
1804 Post Road East
Westport, CT 06880-5683

_____
ATTY. ERSKINE D. MCINTOSH

19 MOTION-AMEND COMPLAINT