UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

FILED
2005 AUG -3 P 1: 03

*******************************************
SUSAN ROE, JR., ppa ATTY. LYNN JENKINS, *
    GUARDIAN AD LITEM                 *    3:03 CV 571 (SRU)
                                           *
             V.                        *    AUGUST __, 2005
                                           *
PHILIP GIORDANO & THE CITY OF       *
WATERBURY                                *
*******************************************

## PLAINTIFF'S NOTICE OF MANUEL FILING

Comes now the plaintiff, by and through her counsel, who gives notice that she is filing the enclosed motions manually as:

____ The motion is being filed under seal.

✓ He is unable to transmit the same in PDF format.

RESPECTFULLY SUBMITTED,

ATTY. LYNN JENKINS, GUARDIAN AD LITEM for SUSAN ROE, Jr.

By: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

## CERTIFICATION

I hereby certify that copies of the foregoing Amended Complaint were mailed to the following on August ___, 2005 as follows:

Gerald L. Harmon, Esquire
Federal Bar No. Ct 13523
The Law Offices Of Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Elliot B. Spector, Esquire
Sack, Spector and Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

Michael Mackniak, Esquire
87 Meadow Street
Naugatuck, CT  06770

Michael S. Hillis, Esquire
Dobriski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT  06511

Andrew B. Bowen, Esquire
1804 Post Road East
Westport, CT  06880-5683

_____
ATTY. ERSKINE D. MCINTOSH

19 MOTION- NOTICE OF MANUAL FILING