UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

FILED

2005 AUG -3 P 1:03

```
*******************************         
SUSAN ROE, JR., ppa ATTY. LYNN JENKINS,  *
    GUARDIAN AD LITEM                    *    3:03 CV 571 (SRU)
                                         *
         V.                              *    AUGUST ___, 2005
                                         *
PHILIP GIORDANO & THE CITY OF            *
WATERBURY                                *
*******************************
```

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERTS

Comes now the plaintiff, Miss Susan Roe, Jr., by and through her counsel, who moves for an extension of time to designate all trial experts, provide opposing counsel with expert reports and to complete depositions of such experts. The plaintiff requests the extension be sixty (60) days from this Court's ruling on Miss Jane Doe, Sr.'s motion to appoint a guardian ad litem ((3:01-CV 2298 (SRU)). Additional time is needed to obtain the information necessary. Neither Atty. Andrew Bowmen nor Atty. Elliot Spector expressed any opposition to this motion when contacted.

RESPECTFULLY SUBMITTED,

ATTY. LYNN JENKINS, GUARDIAN AD LITEM for SUSAN ROE, Jr.

By: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

## CERTIFICATION

I hereby certify that copies of the foregoing Amended Complaint were mailed to the following on August ___, 2005 as follows:

Gerald L. Harmon, Esquire
Federal Bar No. Ct 13523
The Law Offices Of Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Elliot B. Spector, Esquire
Sack, Spector and Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

Michael Mackniak, Esquire
87 Meadow Street
Naugatuck, CT 06770

Michael S. Hillis, Esquire
Dobriski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06511

Andrew B. Bowen, Esquire
1804 Post Road East
Westport, CT 06880-5683

_____
ATTY. ERSKINE D. MCINTOSH

19 MOTION- NOTICE OF MANUAL FILING