UNITED STATES DISTRCIT COURT
DISTRICT OF CONNECICUT
(Bridgeport)

```
***********************************
SUSAN ROE, JR. ppa ATTY. LYNN JENKINS,   *
     GUARDIAN AD LITEM                    *
                                          *
           V.                             *
                                          *
PHILIP GIORDANO & THE CITY OF             *
WATERBURY, CONNECTICUT                    *
***********************************
```

FILED
2005 AUG 22 P 2: 03
3:03 CV 571 (SRU)
U.S. DISTRICT COURT
BRIDGEPORT, CONN
AUGUST __, 2005

## PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

The plaintiff moves the Court as follows:

1.  That it enter, pursuant to FRCP Rule 56(a) an order of summary judgment in the plaintiff's favor against both defendants upon the violation of the 14th Amendment claim expressed in the plaintiff's complaint, as amended, upon the ground there are no genuine issues of material fact to be tried concerning the facts as alleged in the complaint and the attached Local 9(c) statement and that as a consequence, the plaintiff is entitled to judgment as a matter of law.

2.  In the alternative, Ms. Roe asks, pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, that if the Court does not find summary judgment is appropriate on all the issues now sought for relief, that an order be entered establishing which facts are uncontroverted and which facts are in good faith controverted and direct such further proceedings in the action that are just and appropriate.

This motion is based upon:

    a.   The attached affidavit, the trial transcripts of the case of *U.S. v. Giordano*, (Docket No. 3:01 CR 216 (AJN)) and the addendums to the attached

1

memorandum in support of the plaintiff's motion for summary judgment.

b. The issue as to whether the plaintiff's 14th Amendment right to bodily integrity had been violated was decided against the defendants by a jury in the federal criminal trial of *U.S. v. Giordano*, (Docket No. 3:01 CR 216 (AJN)).

c. There was a full adversarial proceeding upon the question of the plaintiff's 14th Amendment right to bodily integrity. The interests of the defendants herein were ably represented at the criminal trial.

Hence, all defendants are collaterally estopped from relitigating the issues of the plaintiff's 14th Amendment right to bodily integrity and the Court should enter an order of summary judgment as against both defendants as to the violation of the plaintiff's 14th Amendment right to bodily integrity.

RESPECTFULLY SUBMITTED,

SUSAN ROE, Jr., ppa ATTY. LYNN JENKINS
GUARDIAN AD LITEM

By: _____
ATTY. ERSKINE D. MCINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. MICINTOSH
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

By: _____
GERALD HARMON, ESQUIRE
FEDERAL BAR NO. CT 13523
THE LAW OFFICES OF GERALD L. HARMON
290 PRATT STREET
MERIDEN, CONN. 06450
(203) 639-1956

**PLAINTIFF'S COUNSEL**

## CERTIFICATION

This is to certify that copies of the forgoing Affidavit were mailed to the following on August 18, 2005 as follows:

Eliot B. Spector, Esq.
Sack, Spector, and Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

Michael Mackniak, Esq.
87 Meadow Street
Naugatuck, CT 06770

Michael S. Hillis, Esq.
Dobriski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06511

Andrew B. Bowen, Esq.
1804 Post Road East
Westport, CT 06880-5683

_____
ATTY. ERSKINE D. MCINTOSH

_____
ATTY. GERALD L. HARMON

19 Local Rule 9(c) Statement-Jones

3