UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JR., et al. | : | Master Consolidated **(Lead Case)** |
|     Plaintiffs, | : | Civil 3:01CV2298 (SRU) |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | | |
| | | |
| SUSAN ROE, JR., et al. | : | NO.:  3:03CV00571(SRU) **(Member Case)** |
|     Plaintiffs, | : | |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | : | SEPTEMBER 12, 2005 |

## MOTION FOR EXTENSION OF TIME

The defendant, City of Waterbury, hereby requests an enlargement of time to file an opposition to the Plaintiffs' Motion for Summary Judgment dated August 18, 2005.

As the plaintiffs rely in large part upon the transcript in the case of U.S. v. Giordano, currently under appeal in the United States Second Circuit Court of Appeals, the undersigned is requesting an extension of time of 90 days from the ruling on that matter.

The undersigned requires this additional time for two reasons.  (1) In order for this defendant to properly reply, the undersigned will need to obtain the trial transcript which consists of thousands of pages.  It will take time for the transcripts to be obtained, and once in receipt, they will need to be reviewed.  (2) The Second Circuit has not yet ruled on the issue of color of law which may be dispositive of the 42 U.S.C. Section 1983 claims.

  This is the first such request for an enlargement filed by the undersigned.

  Pursuant to Local Rule 9(b)(2), the undersigned contacted the office of plaintiffs' counsel. Attorney Gerald Harmon stated that he has no objection. In the absence of a return phone call from Attorney Erskine D. McIntosh, the undersigned is unable to ascertain his position concerning this motion.

  **WHEREFORE**, the undersigned respectfully requests that his motion for extension of time of 90 days from the ruling on the Second Circuit case of U.S. v. Giordano, be granted.

          DEFENDANT: City of Waterbury

      BY: _____
         Elliot B. Spector
         Federal Bar #ct05278
         Noble, Spector, Young & O'Connor
         One Congress Street
         Hartford, CT  06114
         Phone: 860-525-9975
         Fax: 860-525-9985
         spector@nsyolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel of record this 12th day of September, 2005.

**_For the Plaintiffs, Jane Doe, Sr. & Jane Doe, Jr., ppa_**

Erskine D. McIntosh, Esquire
Law Offices of Erskine D. McIntosh
P.O. Box 185789
Hamden, CT  06518

Lawrence M. Herrmann, Esquire
1116 Wallingford Road
Cheshire, CT  06410

Michael Stanton Hillis, Esquire
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT  06510

Michael W. Mackniak, Esquire
87 Meadow Street
Naugatuck, CT  06770

Gerald Lewis Harmon, Esquire
290 Pratt Street
Meriden, CT  06450

Allison Louise Jacobs, Esquire
84 Sherman Avenue
Hamden, CT  06518

**_For the Defendant, Philip Giordano_**

Andrew B. Bowman, Esquire
Law Offices of Andrew Bowman
1804 Post Road East
Westport, CT  06880

_____
    Elliot B. Spector

Clerk's Office
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604