UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

FILED
2005 OCT 14  A 11: 46
U.S. DISTRICT COURT
BRIDGEPORT. CONN

```
*********************************
SUSAN ROE, JR., ppa ATTY. LYNN JENKINS,  *
GUARDIAN AD LITEM                        *
                                         *
            V.                           *     3:03 CV 571 (SRU)
                                         *
PHILIP GIORDANO & THE CITY OF            *     OCTOBER /2, 2005
WATERBURY                                *
*********************************
```

## MOTION FOR DEFAULT

The plaintiff herein moves that the Court enter an order of default for failure to plead, pursuant to Rule 55(a) FRCP, as against both of the defendants in this case as the time for the defendants to have pled, pursuant to Rule 12(a)(1)(A), has expired.

RESPECTFULLY SUBMITTED,

ATTY. LYNN JENKINS, GUARDIAN AD LITEM for
SUSAN ROE, Jr.

By: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

## CERTIFICATION

I hereby certify that copies of the foregoing Amended Complaint were mailed to the following on October /2—, 2005 as follows:

Gerald L. Harmon, Esquire
Federal Bar No. Ct 13523
The Law Offices Of Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Lynn Jenkins, Esquire
129 York Street, Apt. 8-L
New Haven, CT 06511

Michael Mackniak, Esquire
87 Meadow Street
Naugatuck, CT 06770

Michael S. Hillis, Esquire
Dobriski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06511

Allison Louise Jacobs, Esquire
84 Sherman Avenue
Hamden, CT 06518

Andrew B. Bowen, Esquire
1804 Post Road East
Westport, CT 06880-5683

Mr. Philip A. Giordano
No. 292935
Garner C.I.
P.O. Box 5500
Newtown, CT 06470-5500

Elliot B. Spector, Esquire
Susan T. Pearlman, Esquire
Sack, Spector and Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

_____
ATTY. ERSKINE D. MCINTOSH

19 MOTION-DEFAULT FAILURE TO PLEAD