UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN ROE, JR., ppa ATTY. LYNN JENKINS, GUARDIAN AD LITEM, | : |
| | : |
| Plaintiff | : |
| Vs. | : 3:03CV571(SRU) |
| PHILIP GIORDANO & THE CITY OF WATERBURY, | : |
| Defendants | : October 20, 2005 |

**DEFENDANT GIORDANO'S MOTION FOR
EXTENSION OF TIME IN WHICH TO RESPOND
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The defendant Philip Giordano moves for an extension of time until November 30, 2005 in which to respond to Plaintiff's Motion for Summary Judgment for the following reasons:

1. The criminal appeal of defendant Giordano's conviction was argued exactly one year ago, and there is reason to believe that the United States Court of Appeals will rule within the next month.

2. The issues to be decided by the Court of Appeals will have a direct bearing upon the issues in this civil lawsuit which are in many respects identical.

3. If the Court of Appeals reverses on the basis of insufficiency or for other legal reason including that Philip Giordano's alleged conduct was not committed under color of law, that would have a determinative impact upon these proceedings.

For these reasons it is requested that the defendant Giordano be permitted an extension of time in which to respond to plaintiff's Motion for Summary Judgment until November 30, 2005.

        THE DEFENDANT
        PHILIP A. GIORDANO


BY_____
   ANDREW B. BOWMAN
   Juris No: 101507
   1804 Post Road East
   Westport, CT 06880
   (203) 259-0599
   (203) 255-2570 (Fax)
   e-mail: andrew.bowman@snet.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 21st day of October, 2005 to the following:

Erskine D. McIntosh, Esq.
3129 Whitney Avenue, Second Floor
Hamden, Connecticut 06518-2364

Gerald L. Harmon, Esq.
290 Pratt Street
Meriden, Connecticut 06450

Lynn Jenkins, Esq.
129 York St., Apt. 8-L
New Haven, CT 06511

Michael Mackniak, Esq.
87 Meadow Street
Naugatuck, CT 06770

Allison Louise Jacobs, Esq.
84 Sherman Avenue
Hamden, CT 06518

Elliott B. Spector, Esq.
Susan T. Pearlman, Esq.
836 Farmington Avenue
West Hartford, CT 06119-1544

_____
ANDREW B. BOWMAN