UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

*FILED*
*2005 OCT 31 P 2:03*
*U.S. DISTRICT COURT*
*BRIDGEPORT, CONN.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUSAN ROE, JR., ppa ATTY. LYNN JENKINS, *
GUARDIAN AD LITEM *
*
*
V.    *    3:03 CV 571 (SRU)
*
PHILIP GIORDANO & THE CITY OF    *    OCTOBER 29th, 2005
WATERBURY    *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR DEFAULT

The plaintiff herein moves that the Court enter an order of default for failure to appear against co-defendant, Philip A. Giordano, in this case as the time for the defendant to have appeared, pursuant to Rule 4(a) FRCP, has expired.

RESPECTFULLY SUBMITTED,

ATTY. LYNN JENKINS, GUARDIAN AD LITEM for
SUSAN ROE, Jr.

By: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

**COUNSEL FOR THE PLAINTIFF**

## CERTIFICATION

      I hereby certify that copies of the foregoing Amended Complaint were mailed to the following on October 29th, 2005 as follows:

Gerald L. Harmon, Esquire
Federal Bar No. Ct 13523
The Law Offices Of Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Lynn Jenkins, Esquire
129 York Street, Apt. 8-L
New Haven, CT 06511

Michael Mackniak, Esquire
87 Meadow Street
Naugatuck, CT 06770

Michael S. Hillis, Esquire
Dobriski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06511

Allison Louise Jacobs, Esquire
84 Sherman Avenue
Hamden, CT 06518

Andrew B. Bowen, Esquire
1804 Post Road East
Westport, CT 06880-5683

Mr. Philip A. Giordano
No. 292935
Garner C.I.
P.O. Box 5500
Newtown, CT 06470-5500

Elliot B. Spector, Esquire
Susan T. Pearlman, Esquire
Sack, Spector and Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

                                                ATTY. ERSKINE D. MCINTOSH

19 MOTION-DEFAULT FAILURE TO APPEAR