UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

FILED

| | |
|---|---|
| ****************************************** | 2005 NOV 18 P 12: 07 |
| SUSAN ROE, JR., ppa ATTY. LYNN JENKINS, * | |
| GUARDIAN AD LITEM * | U.S. DISTRICT COURT |
| * | BRIDGEPORT, CONN. |
| V. * | 3:03 CV 571 (SRU) |
| * | |
| PHILIP GIORDANO & THE CITY OF * | NOVEMBER 7, 2005 |
| WATERBURY * | |
| ****************************************** | |

### MOTION FOR DEFAULT JUDGMENT

On November 14, 2005 this Court granted the plaintiff's Motion for Default pursuant to FRCP Rule 55(a). Now comes the plaintiff, who pursuant to FRCP Rule 55(b), moves that the Court enter a judgment of default as against each of the defendants, jointly and severally, in the amount of $10,000,000.00, plus costs and interest.

RESPECTFULLY SUBMITTED,

ATTY. LYNN JENKINS, GUARDIAN AD LITEM for
SUSAN ROE, Jr.

By: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

**Counsel for the Plaintiff**

## CERTIFICATION

I hereby certify that copies of the foregoing Amended Complaint were mailed to the following on November /7, 2005 as follows:

Gerald L. Harmon, Esquire
The Law Offices Of Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Lynn Jenkins, Esquire
129 York Street, Apt. 8-L
New Haven, CT 06511

Michael Mackniak, Esquire
87 Meadow Street
Naugatuck, CT 06770

Michael S. Hillis, Esquire
Dobriski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06511

Allison Louise Jacobs, Esquire
84 Sherman Avenue
Hamden, CT 06518

Andrew B. Bowen, Esquire
1804 Post Road East
Westport, CT 06880-5683

Elliot B. Spector, Esquire
Susan T. Pearlman, Esquire
Sack, Spector and Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

ATTY. ERSKINE D. MCINTOSH

19 Motion-Default Judgment

2