UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

**FILED**

2005 NOV 18 P 12:06

U.S. DISTRICT COURT
BRIDGEPORT, CONN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SUSAN ROE, JR., ppa ATTY. LYNN JENKINS,   *
   GUARDIAN AD LITEM                       *
                                           *
            V.                             *   3:03 CV 571 (SRU)
                                           *
PHILIP GIORDANO & THE CITY OF              *   NOVEMBER 17, 2005
WATERBURY                                  *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S NOTICE OF MANUAL FILING

Please take notice that the plaintiff has manually filed the following documents:

1. Motion for Default Judgment

These documents have not been filed electronically because:

☒ **The plaintiff, by and through his counsel, is unable to transmit the same in PDF format.**
☐ The electronic file size of the document exceeds 1.5 megabytes
☐ The documents or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b).
☐ Plaintiff / Defendant is excused from filing this document or thing by court order.

The documents have been manually served on all parties

RESPECTFULLY SUBMITTED,

SUSAN ROE, JR., ppa ATTY. LYNN JENKINS
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

19 MOTION- NOTICE OF MANUAL FILING