UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JR., et al. | : | Master Consolidated **(Lead Case)** |
|     Plaintiffs, | : | Civil 3:01CV2298 (SRU) |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | | |
| | | |
| SUSAN ROE, JR., et al. | : | NO.: 3:03CV00571(SRU) **(Member Case)** |
|     Plaintiffs, | : | |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | : | NOVEMBER 18, 2005 |

### MOTION TO SET ASIDE DEFAULT, OBJECTION TO MOTION FOR DEFAULT JUDGMENT, AND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND TO FILE ANSWERS

The defendant, City of Waterbury, hereby requests the default entry against it be set aside and objects to the Motion for Default Judgment filed by plaintiff's counsel dated November 17, 2005.

Additionally, upon the setting aside of the default, the City of Waterbury hereby requests an enlargement of time of two weeks until **December 2, 2005** to file an Opposition to the Plaintiffs' Motion for Summary Judgment dated October 28, 2005, filed in the lead case. Although the undersigned is currently under an extension in the member case he will also be filing his Opposition to Motion for Summary Judgment in that case simultaneously. The undersigned also represents that the Answers to the complaints in both the lead and member cases are being filed at the same time as the instant motion.

The reason for such request for extension is the undersigned has been out of state on business throughout much of October and November, and the holiday break will leave him without support staff to assist in completing these items. Additionally, the undersigned will also be out over the long Thanksgiving weekend to celebrate the holiday with his family.

This is the first such request for an enlargement filed by the undersigned with regard to filing an Opposition in the lead case.

Pursuant to Local Rule 9(b)(2), the undersigned contacted the office of each plaintiff's counsel. Attorney Gerald Harmon stated that he has no objection to the extension. Attorney Erskine D. McIntosh stated that he has no objection the setting aside of the default or the extension. Attorney Jennifer Barone stated that she has no objection to the extension.

**WHEREFORE**, the undersigned respectfully requests that the default entry be set aside, that plaintiff's Motion for Default Judgment be denied, and that his motion for extension of time to file his Opposition by December 2, 2005, be granted.

                DEFENDANT: City of Waterbury

                BY: _____
                     Elliot B. Spector
                     Federal Bar #ct05278
                     Noble, Spector, Young & O'Connor
                     One Congress Street
                     Hartford, CT  06114
                     Phone: 860-525-9975
                     Fax: 860-525-9985
                     spector@nsyolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel of record this 18th day of November, 2005.

***For the Plaintiffs, Jane Doe, Sr. & Jane Doe, Jr., ppa***

| | |
|---|---|
| Erskine D. McIntosh, Esquire<br>Law Offices of Erskine D. McIntosh<br>P.O. Box 185789<br>Hamden, CT  06518 | Michael W. Mackniak, Esquire<br>87 Meadow Street<br>Naugatuck, CT  06770 |
| Michael Stanton Hillis, Esquire<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT  06510 | Gerald Lewis Harmon, Esquire<br>290 Pratt Street<br>Meriden, CT  06450 |
| | Allison Louise Jacobs, Esquire<br>84 Sherman Avenue<br>Hamden, CT  06518 |

***For the Defendant, Philip Giordano***

| | |
|---|---|
| Andrew B. Bowman, Esquire<br>Law Offices of Andrew Bowman<br>1804 Post Road East<br>Westport, CT  06880 | Lynn Jenkins, Esquire<br>129 York Street, Apt. 8-L<br>New Haven, CT 06511 |

_____
　　　　Elliot B. Spector

Clerk's Office
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604