UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JR., et al. | : | Master Consolidated **(Lead Case)** |
|     Plaintiffs, | : | Civil 3:01CV2298 (SRU) |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | | |
| | | |
| SUSAN ROE, JR., et al. | : | NO.: 3:03CV00571(SRU) **(Member Case)** |
|     Plaintiffs, | : | |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | : | NOVEMBER 18, 2005 |

**ANSWER AND AFFIRMATIVE DEFENSE TO COMPLAINT DATED
JULY 28, 2005 BY JANE DOE, SR., PPA JANE DOE, JR.**

**PRELIMINARY STATEMENT:**

1) The defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

**PARTIES, JURISDICTION & VENUE:**

2) Admitted.

3) The defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

4) The defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

1

5)        The defendant admits so much of Paragraph 5 as states, "At all times mentioned herein the defendant, Mayor Philip Giordano (hereinafter "Mayor Giordano")… was the mayor of the City of Waterbury, Connecticut who took an oath three times to uphold the Constitution of the State of Connecticut and of the United States."  The remainder of Paragraph 5 is denied.

6)        The defendant admits so much of Paragraph 6 as alleges, "At all times mentioned herein the defendant, City of Waterbury (hereinafter "the City"), is and was a municipality located within the State of Connecticut with office buildings located at 235 and 236 Grand Street, governed by the effective Charter and Code of Ordinances then in effect,"  As to the remainder of Paragraph 6, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

7)        Paragraph 7 is admitted.

8-10)   As to the allegations contained in Paragraphs 8, 9, and 10, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

**AMENDED COMPLAINT:**

11)       The defendant admits, "Under the Charter of the City of Waterbury (hereinafter "City Charter"), Mayor Giordano was the Chief Executive Officer of the City, its highest ranking official".  The remainder of Paragraph 11 is denied.

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

12) The defendant admits, "The City Charter establishes a "Strong Mayor" form of government". The remainder of Paragraph 12 is denied.

13) Paragraph 13 is denied.

14-18) Paragraphs 14, 15, 16, 17 and 18 are admitted.

19) Paragraph 19 is denied.

20-26) Paragraphs 20, 21, 22, 23, 24, 25 and 26 are admitted.

27-28) Paragraphs 27 and 28 are denied.

29-30) As to the allegations contained in Paragraphs 29 and 30, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

31-32) Paragraphs 31 and 32 are admitted.

33) Paragraph 33 is denied.

34) The defendant admits, "As per Mayor Giordano's policy, cellular service bills were paid by the City". As to the remainder of Paragraph 34, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

35) As to the allegations contained in Paragraph 35 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

36-37) Paragraphs 36 and 37 are denied.

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

38) As to the allegations contained in Paragraphs 38 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

39-40) Paragraphs 39 and 40 are admitted.

41-49) As to the allegations contained in Paragraphs 41, 42, 43, 44, 45, 46, 47, 48 and 49, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

50) Paragraph 50 is denied.

51-59) As to the allegations contained in Paragraphs 51, 52, 53, 54, 55, 56, 57, 58 and 59, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

60-61) Paragraphs 60 and 61 are denied.

62) As to the allegations contained in Paragraph 62 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

63-70) Paragraphs 63, 64, 65, 66, 67, 68, 69 and 70 are denied.

71) As to the allegations contained in Paragraph 71 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

**COUNT ONE:**

72) This Paragraph is responded to as in Paragraphs 11-71 of the answer, as if fully set forth herein.

73-76) Paragraphs 72, 73, 74, 75 and 76 are denied.

77) As to the allegations contained in Paragraph 77 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

78-80) Paragraphs 78, 79 and 80 are denied.

**COUNT TWO:**

81) This Paragraph is responded to as in Paragraphs 11-71 of the answer, as if fully set forth herein.

82-83) As to the allegations contained in Paragraphs 82 and 83, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

84-89) Paragraphs 84, 85, 86, 87, 88 and 89 are denied.

90) As to the allegations contained in Paragraph 90 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

**COUNT THREE:**

91) This Paragraph is responded to as in Paragraphs11-71 and Count Two as if fully set forth herein.

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

92) As to the allegations contained in Paragraph 92 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

93) Paragraph 93 denied.

94-95) As to the allegations contained in Paragraphs 94 and 95 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

**COUNT FOUR:**

96) Paragraph 96 is responded to as in Paragraphs 11-71 of the answer as if fully set forth herein.

97) Paragraph 97 is admitted.

98) As to the allegations contained in Paragraph 98 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

99-109) Paragraphs 99, 100, 101, 102, 103, 104, 105, 106, 107, 108 and 109 are denied.

**COUNT FIVE:**

110) Paragraph 110 is responded to as in Paragraphs 11-71 of the answer as if fully set forth herein.

111) Paragraph 111 is denied.

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

112-114) As to the allegations contained in Paragraphs 112, 113 and 114 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

**COUNT SIX:**

115) Paragraph 115 is responded to as in Paragraph 11-71 of the answer as if fully set forth herein.

116-118) As to the allegations contained in Paragraphs 116, 117 and 118 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

**COUNT SEVEN:**

119) Paragraph 119 is responded to as in Paragraphs 11-71 of the answer as if fully set forth herein.

120) Paragraph 120 is denied.

121-125) As to the allegations contained in Paragraphs 121, 122, 123, 124 and 125 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

**COUNT EIGHT:**

126) Paragraph 126 is responded to as in Paragraphs 11-71 of the answer as if fully set forth herein.

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

127-130) As to the allegations contained in Paragraphs 127, 128, 129 and 130 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

**COUNT NINE:**

131)   Paragraph 131 is responded to as in Paragraphs 11-71 of the answer as if fully set forth herein.

132)   Paragraph 132 is denied.

133-134) As to the allegations contained in Paragraphs 133 and 134 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

**COUNT TEN:**

135)   Paragraph 135 is responded to as in Paragraphs 11-71 of the answer as if fully set forth herein.

136)   As to the allegations contained in Paragraph 136 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

137)   Paragraph 137 is denied.

138)   As to the allegations contained in Paragraphs 138 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

8

**COUNT ELEVEN:**

139) Paragraph 139 is responded to as in Paragraphs 11-71 of the answer as if fully set forth herein.

140) As to the allegations contained in Paragraph 140 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiffs to their proof.

141-142) Paragraphs 141-142 are denied.

## AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrine of governmental immunity.

DEFENDANT: City of Waterbury

BY: _____
Elliot B. Spector
Federal Bar #ct05278
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT  06114
Phone: 860-525-9975
Fax: 860-525-9985
spector@nsyolaw.com

9

# CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel of record this 18th day of November, 2005.

**_For the Plaintiffs, Jane Doe, Sr. & Jane Doe, Jr., ppa_**

| | |
|---|---|
| Erskine D. McIntosh, Esquire<br>Law Offices of Erskine D. McIntosh<br>P.O. Box 185789<br>Hamden, CT  06518 | Michael W. Mackniak, Esquire<br>87 Meadow Street<br>Naugatuck, CT  06770 |
| Michael Stanton Hillis, Esquire<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT  06510 | Gerald Lewis Harmon, Esquire<br>290 Pratt Street<br>Meriden, CT  06450 |
| | Allison Louise Jacobs, Esquire<br>84 Sherman Avenue<br>Hamden, CT  06518 |

**_For the Defendant, Philip Giordano_**

| | |
|---|---|
| Andrew B. Bowman, Esquire<br>Law Offices of Andrew Bowman<br>1804 Post Road East<br>Westport, CT  06880 | Lynn Jenkins, Esquire<br>129 York Street, Apt. 8-L<br>New Haven, CT 06511 |

_____
Elliot B. Spector

Clerk's Office
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604