EXHIBIT D



| THERESA A. CALDARONE | | PETER ABARE BROWN |
| --- | --- | --- |
| CORPORATION COUNSEL | | ASSISTANT CORPORATION COUNSEL |

OFFICE OF THE CORPORATION COUNSEL

# THE CITY OF WATERBURY
## CONNECTICUT

April 11, 2003

Attorney Andrew Bowman
1804 Post Road East
Westport, CT 06880-5683

Re:  U.S. District Court – Case No. 3:03 CV00571(PCD)
Jane Doe, Jr. PPA Jane Doe, Sr., Jane Doe, Sr., Individually vs.
City of Waterbury, Philip Giordano, in his capacity as Mayor,
City of Waterbury, Philip Giordano, Individually, Phililp Giordano,
Principal in L.W. Offices of Philip Giordano

Dear Attorney Bowman:

I am enclosing an original letter to Mr. Giordano in connection with the above-captioned matter. The copy is for your information and file.

I have been unable to obtain an address for Mr. Giordano and would therefore appreciate your forwarding it to him as soon as possible.

Thank you for your kind cooperation in this matter.

                                  Very truly yours,
                                  CITY OF WATERBURY

                                  Theresa A. Caldarone
                                  Corporation Counsel

l-Bowman2.doc\legatt22

236 Grand Street  •  Waterbury, Connecticut 06702  •  (203) 574-6734  •  FAX (203) 574-8340



| | |
|---|---|
| THERESA A. CALDARONE<br>CORPORATION COUNSEL | PETER ABARE BROWN<br>ASSISTANT CORPORATION COUNSEL |

OFFICE OF THE CORPORATION COUNSEL
# THE CITY OF WATERBURY
CONNECTICUT

April 11, 2003

Mr. Philip Giordano
c/o Attorney Andrew Bowman
1804 Post Road East
Westport, CT 06880-5683

Re:  U.S. District Court – Case No. 3:03 CV00571(PCD)
     Jane Doe, Jr. PPA Jane Doe, Sr., Jane Doe, Sr., Individually vs.
     City of Waterbury, Philip Giordano, in his capacity as Mayor,
     City of Waterbury, Philip Giordano, Individually, Phillip Giordano,
     Principal in L.W. Offices of Philip Giordano

Dear Mr. Giordano:

The City of Waterbury has determined that it has no duty to defend and/or indemnify you pursuant to C.G.S. §7-465 in the above-captioned complaint. Therefore, you should seek separate counsel to represent your interests in this matter because the City will not be entering an appearance on your behalf.

Very truly yours,
CITY OF WATERBURY

Theresa A. Caldarone
Corporation Counsel

TAC:mmv
c/c:  Andrew Bowman, Esq.

L-Giordano1.doc\legal30

**THERESA A. CALDARONE**
CORPORATION COUNSEL



OFFICE OF THE CORPORATION COUNSEL
# THE CITY OF WATERBURY
CONNECTICUT

January 11, 2002

<u>By Facsimile (203) 255-2570) and First Class Mail</u>

Andrew Bowman, Esq.
1804 Post Road East
Westport, Connecticut 06880-5683

Re: JANE DOE, JR. ppa JANE DOE, SR., JANE DOE, SR., individually,
Plaintiff
vs.
CITY OF WATERBURY, PHILIP GIORDANO, In his capacity as
MAYOR, CITY OF WATERBURY, PHILIP GIORDANO, individually,
PHILIP GIORDANO, Principal in the Law Offices of PHILIP
GIORDANO, GUITANA JONES, Defendants.
<u>UNITED STATES DISTRICT COURT, No. 3:01CV2298(SRU)</u>

Dear Attorney Bowman:

The City of Waterbury has determined that it has no duty to defend and/or indemnify Philip Giordano pursuant to C.G.S. §7-465 in the above-captioned complaint. Therefore, Philip Giordano should seek separate counsel to represent his interests in this matter because the City will not be entering an appearance on his behalf.

If you have any questions on this matter, please feel free to call me.

Very truly yours,

Theresa A. Caldarone
Corporation Counsel

Legal122.lbowman/lmp

236 Grand Street • Waterbury, Connecticut 06702 • (203) 574-6734 • FAX (203) 574-8340