UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUSAN ROE, JR., ppa ATTY. LYNN JENKINS, *
GUARDIAN AD LITEM *
 *
 *
V. * 3:03 CV 571 (SRU)
 *
PHILIP GIORDANO, ET AL. * JANUARY 4, 2006
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
2006 JAN -5 P 12: 06
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY TO WATERBURY'S OBJECTION & MOTION FOR SUMMARY JUDGMENT

The plaintiff herein entreats this Court to grant her an extension of time of until February 16th, 2006 within which to reply to the co-defendant Waterbury's combined Objection to the plaintiff's Motion for Summary Judgment and its Motion for Summary Judgment. The press of other legal responsibilities and the intervention of the holidays necessitated this motion. The undersigned has contacted opposing counsels' offices concerning this request for extension of time and as of yet, he has not received any objection to this motion.

RESPECTFULLY SUBMITTED,

SUSAN ROE, JR., ppa ATTY. LYNN JENKINS
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

1

# CERTIFICATION

On January 4, 2006 a copy of the foregoing was sent to:

Atty. Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Atty. Lynn Jenkins
129 York Street, Apt. 8-L
New Haven, CT 06511

Atty. Allison L. Jacobs
84 Sherman Avenue
Hamden, CT 06518

Atty. Michael S. Hillis
Dobroski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, Conn. 06511

Atty. Michael W. Mackniak
87 Meadow Street
Naugatuck, Conn. 06770

Atty. Andrew B. Bowman
1804 Post Road East
Westport, Conn. 06880-5683

Atty. Elliot B. Spector
Noble, Spector Young & O'Connor, P.C.
One Congress Street, 4th Floor
Hartford, CT 06114

ATTY. ERSKINE D. McINTOSH

19 Motion-Ext. Time Reply-Objection & Summary Judgment