### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT
### (Bridgeport)

```
********************************************
SUSAN ROE, JR., ppa ATTY. LYNN JENKINS, *
    GUARDIAN AD LITEM                     *
                                          *
            V.                            *    3:03 CV 571 (SRU)
                                          *
PHILIP GIORDANO,                          *
    In His Official and Individual        *
    Capacity;                             *
THE CITY OF WATERBURY                     *    JANUARY 23, 2006
********************************************
```

### PLAINTIFF'S REQUEST OF LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff, SUSAN ROE, JR., respectfully request, pursuant to Rule 15 of the Federal

Rules of Civil Procedure, permission, in the above captioned matter, to leave to amend

Plaintiff's Amended Complaint and file the appended Second Amended Complaint. Plaintiff

seeks leave to amend Amended Complaint so as to include Plaintiff's 42 U.S.C. § 1983 claims

against Defendant Mayor Philip Giordano in his official capacity. (See Paragraph Three (3) of

the appended Second Amended Complaint). Rule 15(a) provides that "leave shall be freely

given when justice so requires." *See also Pesce v GMC*, 939 F.Supp. 160 (N.D. N.Y. 1996)

(granting the plaintiff's motion to amend at the same time the defendant's motion for summary

judgment was before the court.) Plaintiff's proposed amendment would not cause any

prejudice to Defendants because Defendants are already on notice of the claim Plaintiff

proposes to incorporate in her Second Amended Complaint. The Co-plaintiff's operative

Complaint alleges 42 U.S.C. § 1983 claims against the Mayor in his official capacity, which is

the exact same claim Plaintiff seeks leave to amend. For these reasons, Plaintiff respectfully

1

request that the Court grant Plaintiff leave to amend to file the appended Second Amended Complaint.

RESPECTFULLY SUBMITTED,

ATTY. LYNN JENKINS, GUARDIAN AD LITEM
for SUSAN ROE, Jr.

By: _____

**ATTY. ERSKINE D. McINTOSH**
**FEDERAL BAR NO. CT 09743**
**THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.**
**3129 WHITNEY AVENUE, SECOND FLOOR**
**HAMDEN, CONN. 06518-2364**
**(203) 787-9994**

By: _____

**GERALD L. HARMON, ESQUIRE**
**FEDERAL BAR NO. CT 13523**
**THE LAW OFFICES OF GERALD L. HARMON**
**290 PRATT STREET**
**MERIDEN, CONN. 06450**
**(203) 639-1956**

**PLAINTIFF'S COUNSEL**

**CERTIFICATION**

I hereby certify that copies of the foregoing Amended Complaint were mailed to the following on January _22_, 2006 as follows:

Elliot B. Spector, Esquire
~~Sack, Spector and Karsten~~   Noble, Spector, Young & O'Connor P.C.
~~836 Farmington Avenue~~   One Congress St.
~~West Hartford, CT 06119-1544~~   Hartford, CT 06114

Michael Mackniak, Esquire
87 Meadow Street
Naugatuck, CT  06770

Michael S. Hillis, Esquire
Dobriski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT  06511

2

Andrew B. Bowen, Esquire
1804 Post Road East
Westport, CT 06880-5683

_____
ATTY. GERALD L. HARMON

19 MOTION-AMEND 2ND COMPLAINT-GIORDANO

3