UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SUSAN ROE, JR., ppa ATTY. LYNN JENKINS, * | |
| GUARDIAN AD LITEM * | |
| * | |
| V. * | 3:03 CV 571 (SRU) |
| * | |
| PHILIP GIORDANO, ET AL. * | FEBRUARY 22, 2006 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY TO WATERBURY'S OBJECTION & MOTION FOR SUMMARY JUDGMENT

The plaintiff herein entreats this Court to grant her an extension of time of until March 17th, 2006 within which to reply to the co-defendant Waterbury's combined Objection to the plaintiff's Motion for Summary Judgment and its Motion for Summary Judgment. The press of other legal responsibilities and additional research upon the issues raised by these motions necessitates this motion. The undersigned has contacted opposing counsel's office concerning this request for extension of time and he has not received any objection to this motion.

RESPECTFULLY SUBMITTED,

SUSAN ROE, JR., ppa ATTY. LYNN JENKINS
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994
FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

1

## CERTIFICATION

On February 22, 2006 a copy of the foregoing was sent to:

Atty. Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Atty. Lynn Jenkins
129 York Street, Apt. 8-L
New Haven, CT 06511

Atty. Allison L. Jacobs
84 Sherman Avenue
Hamden, CT 06518

Atty. Michael S. Hillis
Dobroski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, Conn. 06511

Atty. Michael W. Mackniak
87 Meadow Street
Naugatuck, Conn. 06770

Atty. Andrew B. Bowman
1804 Post Road East
Westport, Conn. 06880-5683

Atty. Elliot B. Spector
Noble, Spector Young & O'Connor, P.C.
One Congress Street, 4th Floor
Hartford, CT 06114

ATTY. ERSKINE D. McINTOSH

19 Motion-Ext. Time Reply-Objection & Summary Judgment

UNITED STATES DISTRCIT COURT
DISTRICT OF CONNECICUT
(Bridgeport)

FILED
2006 FEB 27 P 12: 48

DISTRICT COURT
BRIDGEPORT, CONN.

```
***********************************
SUSAN ROE, JR. ppa ATTY. LYNN JENKINS,    *     3:03 CV 571 (SRU)
         GUARDIAN AD LITEM                *
                                          *     FEBRUARY 22, 2006
                  V.                      *
                                          *
                                          *
PHILIP GIORDANO & THE CITY OF             *
WATERBURY, CONNECTICUT                    *
***********************************
```

## NOTICE OF MANUAL FILING

Please take notice that the plaintiff has manually filed the following:

1. Motion for Extension of Time

because:

☒ **The document(s) cannot be converted to an electronic format**
☐ The electronic file size of the document exceeds 1.5 megabytes
☐ The documents or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff / Defendant is excused from filing this document or thing by court order.

The documents have been manually served on all parties.

RESPECTFULLY SUBMITTED,

SUSAN ROE, Jr., ppa ATTY. LYNN JENKINS
GUARDIAN AD LITEM

BY: _____
ATTY. ERSKINE D. MCINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. MICINTOSH
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

**COUNSEL FOR THE PLAINTIFF**

19 Motion-Notice of manual filing-Roe