UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport) 2006 MAR 20 P 12: 21

```
*******************************       U.S. DISTRICT COURT
SUSAN ROE, JR., ppa ATTY. LYNN JENKINS, *    BRIDGEPORT CONN.
       GUARDIAN AD LITEM              *
                                      *
              V.                      *    3:03 CV 571 (SRU)
                                      *
PHILIP GIORDANO, In his Official & Individual*
Capacities & THE CITY OF WATERBURY    *    MARCH 15, 2006
*******************************
```

## MOTION FOR DEFAULT

The plaintiff herein moves that the Court enter an order of default for failure to appear against co-defendant, Philip A. Giordano, in his **Official** capacity as the time for the defendant to have appeared, pursuant to Rule 4(a) FRCP, has expired.

RESPECTFULLY SUBMITTED,

ATTY. LYNN JENKINS, GUARDIAN AD LITEM for
SUSAN ROE, Jr.

By: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

**COUNSEL FOR THE PLAINTIFF**

Case 3:03-cv-00571-SRU    Document 81    Filed 03/20/2006    Page 1 of 2

## CERTIFICATION

    I hereby certify that copies of the foregoing Amended Complaint were mailed to the following on March 15, 2006 as follows:

Gerald L. Harmon, Esquire
Federal Bar No. Ct 13523
The Law Offices Of Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Lynn Jenkins, Esquire
129 York Street, Apt. 8-L
New Haven, CT 06511

Michael Mackniak, Esquire
87 Meadow Street
Naugatuck, CT 06770

Michael S. Hillis, Esquire
Dobriski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06511

Allison Louise Jacobs, Esquire
84 Sherman Avenue
Hamden, CT 06518

Andrew B. Bowen, Esquire
1804 Post Road East
Westport, CT 06880-5683

Mr. Philip A. Giordano
No. 292935
Garner C.I.
P.O. Box 5500
Newtown, CT 06470-5500

Elliot B. Spector, Esquire
Susan T. Pearlman, Esquire
Sack, Spector and Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

                                                _____
                                                ATTY. ERSKINE D. MCINTOSH

19 MOTION-DEFAULT FAILURE TO APPEAR