UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

*FILED*

2006 MAR 20 P 2: 39

U.S. DISTRICT COURT
BRIDGEPORT CONN

********************************************
SUSAN ROE, JR., ppa ATTY. LYNN JENKINS,   *
GUARDIAN AD LITEM                          *
                                           *
V.                                         *   3:03 CV 571 (SRU)
                                           *
PHILIP GIORDANO, In his Official & Individual*
Capacities & THE CITY OF WATERBURY         *   MARCH _16_, 2006
********************************************

### MOTION TO AMEND MOTION FOR SUMMARY JUDGMENT

The plaintiff herein moves that the Court enter an order permitting the plaintiff to amend its motion for summary judgment to include a request that the Court enter an order of summary judgment against the co-defendant, Philip A. Giordano, in **both** his official and individual capacities consistent with the Court's granting of the plaintiff's motion to amend the complaint to allege liability in both individual and official capacities of Mr. Giordano. The plaintiff does not intend to submit any additional written argument in support of summary judgment against Mr. Giordano in his official capacity beyond that contained in the reply brief dated March 16, 2006.

RESPECTFULLY SUBMITTED,
ATTY. LYNN JENKINS, GUARDIAN AD LITEM for
SUSAN ROE, Jr.

By: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

**COUNSEL FOR THE PLAINTIFF**

## CERTIFICATION

      I hereby certify that copies of the foregoing Amended Complaint were mailed to the following on March 16, 2006 as follows:

Gerald L. Harmon, Esquire
Federal Bar No. Ct 13523
The Law Offices Of Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Lynn Jenkins, Esquire
129 York Street, Apt. 8-L
New Haven, CT 06511

Michael Mackniak, Esquire
87 Meadow Street
Naugatuck, CT 06770

Michael S. Hillis, Esquire
Dobriski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06511

Allison Louise Jacobs, Esquire
84 Sherman Avenue
Hamden, CT 06518

Andrew B. Bowen, Esquire
1804 Post Road East
Westport, CT 06880-5683

Mr. Philip A. Giordano
No. 292935
Garner C.I.
P.O. Box 5500
Newtown, CT 06470-5500

Elliot B. Spector, Esquire
Noble, Spector, Young and O'Connor
One Congress Street, 4th Floor
Hartford, CT 06114

                                            _____
                                            ATTY. ERSKINE D. McINTOSH

19 MOTION---SUMMARY JUDGMENT-AMEND