UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

FILED

SUSAN ROE, JR., PPA ATTY. LYNN JENKINS,
GUARDIAN AD LITEM

2006 APR 28  P 12: 58

U.S. DISTRICT COURT

V.   3:03CV 571 (SRU)

PHILIP GIORDANO, PHILIP GIORDANO
IN HIS OFFICIAL CAPACITY, MAYOR     April 25, 2006
PHILIP GIORDANO AND THE CITY
OF WATERBURY

MOTION FOR DEFAULT

The plaintiff herein moves that the Court enter an order of default for failure to plead, pursuant to Rule 55(a) FRCP, as against the defendant Philip Giordano in his Official Capacity in this case as the time for the defendant to have pled, pursuant to Rule 12(a)(1)(A), has expired.

RESPECTFULLY SUBMITTED,

ATTY. LYNN JENKINS, GUARDIAN AD
LITEM for SUSAN ROE, Jr.

By: _____
Attorney Gerald L. Harmon
Federal Bar No. CT 13523
Law Offices of Attorney Gerald L. Harmon
290 Pratt Street
Meriden, CT 06450
(203) 639-1956

## **CERTIFICATION**

On April 26, 2006 a copy of the foregoing was sent via first class mail to the following counsel and parties of record:

Noble, Spector, Young & O'Conner
Attorney Elliot Spector
One Congress Street
Hartford, CT 06114

Michael Mackniak Esquire
87 Meadow Street
Naugatuck, CT 06770

Attorney Lynn Jenkins
129 York Street, Apt. 8-L
New Haven, CT 06511

Attorney Michael S. Hillis, LLC
Dobriski, Knapsack & Hillis, LLC
129 Whitney Avenue
New Haven, CT 06511

Attorney Andrew B. Bowen
1804 Post Road East
Westport, CT 06880-5683

Atty. Allison L. Jacobs
84 Sherman Avenue
Hamden, CT 06518

Honorable Judge Stefan R. Underhill
Chambers
915 Lafayette Blvd
Bridgeport, CT 06604

Clerk
United States District Court
915 Lafayette Blvd
Bridgeport, CT 06604

ATTY. GERALD L. HARMON