UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

2006 MAY 12 A 11: 35

*******************************************
SUSAN ROE, JR., ppa ATTY. LYNN JENKINS, *
GUARDIAN AD LITEM *
*
V. *    3:03 CV 571 (SRU)
*
PHILIP GIORDANO & THE CITY OF *    MAY 11, 2006
WATERBURY *
*******************************************

## MOTION FOR DEFAULT

The plaintiff herein moves that the Court enter an order of default for failure to plead, pursuant to Rule 55(a) FRCP, as against **PHILIP GIORDANO**, in his official capacity as the time for the defendant to have pled, pursuant to Rule 12(a)(1)(A), has expired.

RESPECTFULLY SUBMITTED,

ATTY. LYNN JENKINS, GUARDIAN AD LITEM for
SUSAN ROE, Jr.

By: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364

(203) 787-9994
FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

## **CERTIFICATION**

I hereby certify that copies of the foregoing Amended Complaint were delivered and/or mailed to the following on May _11_, 2006 as follows:

| | |
|---|---|
| Gerald L. Harmon, Esquire<br>Federal Bar No. Ct 13523<br>The Law Offices Of Gerald L. Harmon<br>290 Pratt Street<br>Meriden, Conn. 06450 | [639-1959] |
| Lynn Jenkins, Esquire<br>129 York Street, Apt. 8-L<br>New Haven, CT 06511 | [624-7390] |
| Michael Mackniak, Esquire<br>87 Meadow Street<br>Naugatuck, CT  06770 | [723-9250] |
| Michael S. Hillis, Esquire<br>Dobriski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT  06511 | [624-1308] |
| Allison Louise Jacobs, Esquire<br>84 Sherman Avenue<br>Hamden, CT 06518 | [288-1361] |
| Andrew B. Bowen, Esquire<br>1804 Post Road East<br>Westport, CT  06880-5683 | [203-255-2570] |
| Elliot B. Spector, Esquire<br>Susan T. Pearlman, Esquire<br>Sack, Spector and Karsten<br>One Congress Street<br>Hartford, CT 06114 | [203-255-2570] |

_____
ATTY. ERSKINE D. MCINTOSH

19 MOTION-DEFAULT FAILURE TO PLEAD