UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JR., et al. | : | Master Consolidated **(Lead Case)** |
| Plaintiffs, | : | Civil 3:01CV2298 (SRU) |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | MAY 22, 2006 |
| Defendants. | | |

## ANSWER TO ROE SECOND AMENDED COMPLAINT DATED JANUARY 23, 2006, BY PHILIP GIORDANO, IN HIS OFFICIAL CAPACITY ONLY

**PRELIMINARY STATEMENT:**

Denied.

**COUNT ONE – FEDERAL LAW CLAIMS:**

*JURISDICTION:*

1) Paragraph 1 is denied.

*THE PARTIES:*

1) Paragraph 2 is admitted.

2) Paragraphs 3, 4 & 5 are denied.

*FACTS:*

1) Inasmuch as the acts complained of in Paragraphs 6 through 19 if true, would not be acts authorized by the City or in any way related to the Mayor acting in his official capacity, they are unrelated to this response to the complaint, which is answered for Mayor Giordano only

in his official capacity, and the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

2) Paragraphs 25, 39, 40, 41, 42 & 43 are denied.

3) Paragraphs 20, 21, 22, 23, 24, 26, 27, 29, 30, 31, 32, 33, 34, 35, 36, 37 and 38 are admitted.

4) So much of Paragraph 28 as alleges, "At times, the Mayor would…address police officers before their shifts were to begin" is admitted. The defendant denies the remaining allegations contained in Paragraph 28.

## COUNT TWO: STATE LAW CLAIMS

1) Paragraphs 1, 2, 43, 44, 45 and 46 are denied.

2) Paragraphs 3 through 42 of Count Two are responded to as in Paragraphs 2 through 43 of Count One as if fully incorporated herein.

DEFENDANT: Philip Giordano, Official Capacity Only

BY: _____
Elliot B. Spector
Federal Bar #ct05278
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT 06114
Phone: 860-525-9975
Fax: 860-727-9915
spector@nsyolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel of record this 22nd day of May, 2006.

*For the Plaintiffs, Jane Doe, Sr. & Jane Doe, Jr., ppa*

Erskine D. McIntosh, Esquire
Law Offices of Erskine D. McIntosh
P.O. Box 185789
Hamden, CT  06518

Michael Stanton Hillis, Esquire
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT  06510

*For the Defendant, Philip Giordano*

Andrew B. Bowman, Esquire
Law Offices of Andrew Bowman
1804 Post Road East
Westport, CT  06880

Michael W. Mackniak, Esquire
87 Meadow Street
Naugatuck, CT  06770

Gerald Lewis Harmon, Esquire
290 Pratt Street
Meriden, CT  06450

Allison Louise Jacobs, Esquire
84 Sherman Avenue
Hamden, CT  06518

Lynn Jenkins, Esquire
129 York Street, Apt. 8-L
New Haven, CT 06511

_____
Elliot B. Spector

Clerk's Office
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985