UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SUSAN ROE, JR., ppa ATTY. LYNN JENKINS GUARDIAN AS LITEM | \* \* \* | |
| V. | \* \* \* \* | 3:03 CV 571 (SRU) |
| PHILLIP GIORDANO, ET AL. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    October 27, 2006

<u>PLAINTFF'S MOTION FOR FINAL RULING BY THE COURT IN ACCORDANCE WITH FEDERAL RULES OF PROCEDURE 54(b)</u>

The plaintiff herein requests that this Court in accordance with Federal Rules of Civil Procedure 54(b) order and entry of final judgment as to defendant the City of Waterbury.

RESPECTFULLY SUBMITTED,

SUE ROE, JR., ppa ATTY. LYNN JENKINS
THE PLAINTIFF

BY: _____
Attorney Gerald L. Harmon
FEDERAL BAR NO.: 13523
Law Offices of Gerald L. Harmon
290 Pratt Street
Meriden, CT 06450
203-639-1956
Fax 203-639-1959

## CERTIFICATION

On October 27, 2006 a copy of the foregoing was sent via first class mail to the following counsel and parties of record:

Noble, Spector, Young & O'Conner
Attorney Elliot Spector
One Congress Street
Hartford, CT 06114

Michael Mackniak Esquire
87 Meadow Street
Naugatuck, CT 06770

Attorney Lynn Jenkins
129 York Street, Apt. 8-L
New Haven, CT 06511

Attorney Michael S. Hillis, LLC
Dobriski, Knapsack & Hillis, LLC
129 Whitney Avenue
New Haven, CT 06511

Attorney Andrew B. Bowen
1804 Post Road East
Westport, CT 06880-5683

Atty. Allison L. Jacobs
84 Sherman Avenue
Hamden, CT 06518

Honorable Judge Stefan R. Underhill
Chambers
915 Lafayette Blvd
Bridgeport, CT 06604

Clerk
United States District Court
915 Lafayette Blvd
Bridgeport, CT 06604

ATTY. GERALD L. HARMON